1

2 **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

3

4

5 DARRYL W. TONE,                    )
                                     )        3:06-CV-0479-BES (VPC)
6          Plaintiff,                )
                                     )
7 vs.                                )        **REPORT AND RECOMMENDATION**
                                     )        **OF U.S. MAGISTRATE JUDGE**
8 STARDUST RESORT CASINO,            )
                                     )
9          Defendant.                )        June 13, 2007
   _____ )

10

11          This Report and Recommendation is made to the Honorable Brian E. Sandoval, United

12 States District Judge.  The action was referred to the undersigned Magistrate Judge pursuant to

13 28 U.S.C. § 636(b)(1)(B) and LR IB 1-4.  For the reason set forth below, it is recommended that

14 this action be dismissed without prejudice.

15                    **I. BACKGROUND, DISCUSSION & CONCLUSION**

16          On April 25, 2007, the court granted plaintiff's request to proceed *in forma pauperis* (#3).

17 Additionally, the court dismissed plaintiff's complaint without prejudice for failure to state a viable

18 civil rights claim  *Id.*  Plaintiff was granted thirty (30) days within which to file an amended

19 complaint that stated a claim upon which relief may be granted.  *Id.*  Plaintiff was cautioned that if

20 he failed to file an amended complaint within the time allotted, the undersigned Magistrate Judge

21 may recommend that the District Court dismiss plaintiff's action. *Id.*

22          Although plaintiff has filed various papers with the court (#s 4, 5, & 6), plaintiff failed to file

23 an amended complaint as ordered and has not requested additional time in which to do so.

24 Therefore, this court recommends that this action be **DISMISSED** without prejudice.

25          The parties are advised:

26          1.    Pursuant to 28 U.S.C § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, the

27 parties may file specific written objections to this report and recommendation within ten days of

28 receipt.  These objections should be entitled "Objections to Magistrate Judge's Report and

1   Recommendation" and should be accompanied by points and authorities for consideration by the

2   District Court.

3       2.    This report and recommendation is not an appealable order and any notice of appeal

4   pursuant to Fed. R. App. P. 4(a)(1) should not be filed until entry of the District Court's judgment.

5   ## II. RECOMMENDATION

6       **IT IS THEREFORE RECOMMENDED** that the district court enter an order

7   **DISMISSING** this action without prejudice.

8       DATED:  June 13, 2007.

9

10      UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28