# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DARRYL W. TONE, | 3:06-CV-479-BES-VPC |
| Plaintiff, | |
| v. | **ORDER** |
| STARDUST RESORT CASINO, | |
| Defendant. | |

Before the Court is the Report and Recommendation of the United States Magistrate Judge (#7) ("Recommendation") entered on June 14, 2007, in which the Magistrate Judge recommends that this Court enter an Order Dismissing this Action Without Prejudice. No objections have been filed.

The Court has conducted a *de novo* review of the record in this case, considering fully all relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. After a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing,

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#7) entered on June 14, 2007, is adopted and accepted without modification. Thus, in accordance with the Report and Recommendation, this Court will enter an order dismissing this action without prejudice.

///

///

1  IT IS FURTHER ORDERED that Plaintiff's Motion to Bring a Bag of Colon Med's to Court (#10) is DENIED as moot. The Clerk shall enter judgment accordingly.

IT IS SO ORDERED.

DATED: This 16th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE

2